IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH GROOMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3386 |
| | : | |
| **PENNYMAC LOAN SERVICES, LLC** | : | |

## ORDER

**AND NOW**, this 27th day of March 2023, upon considering Defendant's Motion to dismiss (DI 10), Plaintiff's Motions (DI 6, 12, 16, 25), Defendant's Motion to strike or in the alternative Opposition (DI 13), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion to dismiss (DI 10) is **GRANTED** and Plaintiff may amend the Complaint no later than **April 10, 2023**;

2. Defendant's Motion to strike or in the alternative Opposition (DI 13) is **DENIED** as moot;

3. Plaintiff's Motion for hearing or trial (DI 25) is **DENIED** as moot; and,

4. Plaintiff's remaining Motions (DI 6, 12, 16) are **DENIED**.

_____
MURPHY, J.